Larry R. Schmadeka (SBN 160400)
Eric Olson (SBN 198373)
Tammy Lo (SBN 256816)
LEE, HONG, DEGERMAN, KANG & WAIMEY
1920 Main Street, Suite 900
Irvine, California  92614
Telephone:  (949) 250-9954
Facsimile:   (949) 250-9957
Email:  lschmadeka@lhlaw.com; eolson@lhlaw.com; tlo@lhlaw.com

JS-6

Attorneys for Defendant
WILSHIRE STATE BANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

CHAVDAR ANGELOV, an individual; KIDS FIGHT CANCER, an Illinois not-for-profit corporation,

Plaintiff,

vs.

WILSHIRE STATE BANK, WILSHIRE BANCORP, INC.,

Defendants.

Case No.:  CV07-5955 R (VBKx)

**JUDGMENT**

Date:  April 5, 2010
Time:  10:00 a.m.
Courtroom: 8

Assigned to Hon. Manuel Real;
Courtroom 8

LEE, HONG, DEGERMAN, KANG & WAIMEY
1920 Main Street, Suite 900
Irvine, California  92614

1    This action came on for hearing before the Court, on April 5, 2010, Hon.

2    Manuel Real, District Judge Presiding, on a Motion for Summary Judgment, and

3    the evidence presented having been fully considered, the issues having been duly

4    heard and a decision having been duly rendered,

5        IT IS ORDERED AND ADJUDGED that the plaintiff Chavdar Angelov

6    take nothing, that the action be dismissed on the merits and that defendant

7    Wilshire State Bank recover its costs.

8

9        Dated: April 5, 2010

10

11                                                        _____

12                                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode: vertical">LEE, HONG, DEGERMAN, KANG & WAIMEY
1920 Main Street, Suite 900
Irvine, California  92614</div>

[PROPOSED] JUDGMENT
Case No.:  CV07-5955 R (VBKx)